UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CRISTIAN DANIEL DIAZ-GARCIA

CASE NO. 8:24-cr-355-SDM-AEP

18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

42 U.S.C. § 408(a)(7)(B)
(False Representation of a Social Security Number)

18 U.S.C. § 1015(e)
(False Claim of U.S. Citizenship)

## INDICTMENT

The Grand Jury charges:

JUL 30 2024 PM4:03
FILED - USDC - FLMD - TPA

### COUNT ONE
**(Aggravated Identity Theft)**

On or about August 17, 2021, in the Middle District of Florida, the defendant,

CRISTIAN DANIEL DIAZ-GARCIA,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of B.A.L., and the Social Security number of B.A.L., during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number, as charged in Count Two of this Indictment, Count Two being incorporated by reference, and during and in relation to

a felony violation of 18 U.S.C. § 1015(e), false claim of United States citizenship with the intent to engage unlawfully in employment in the United States, as charged in Count Three of this Indictment, Count Three being incorporated by reference, and knowing that such means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT TWO
### (False Representation of a Social Security Number)

On or about August 17, 2021, in the Middle District of Florida, the defendant,

CRISTIAN DANIEL DIAZ-GARCIA,

for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly, with the intent to deceive, falsely represent to COMPANY a number to be the Social Security account number assigned to him by the Commissioner of Social Security, when in fact such number was not the Social Security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT THREE
### (False Claim of United States Citizenship)

On or about August 17, 2021, in the Middle District of Florida, the defendant,

CRISTIAN DANIEL DIAZ-GARCIA,

did falsely and knowingly claim to be a citizen of the United States with the intent to engage unlawfully in employment in the United States.

In violation of 18 U.S.C. § 1015(e).

## COUNT FOUR
### (Aggravated Identity Theft)

On or about February 1, 2023, in the Middle District of Florida, the defendant,

CRISTIAN DANIEL DIAZ-GARCIA,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name of A.B.A.S., and the Social Security number of A.B.A.S., during and in relation to a felony violation of 42 U.S.C. § 408(a)(7)(B), false representation of a Social Security account number, as charged in Count Five of this Indictment, Count Five being incorporated by reference, and during and in relation to a felony violation of 18 U.S.C. § 1015(e), false claim of United States citizenship with the intent to engage unlawfully in employment in the United States, as charged in Count Six of this Indictment, Count Six being incorporated by reference, and knowing that such means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FIVE
### (False Representation of a Social Security Number)

On or about February 1, 2023, in the Middle District of Florida, the defendant,

CRISTIAN DANIEL DIAZ-GARCIA,

for the purpose of obtaining anything of value from any person, and for any other purpose, did knowingly, with the intent to deceive, falsely represent to COMPANY a number to be the Social Security account number assigned to him by the

3

Commissioner of Social Security, when in fact such number was not the Social Security account number assigned to him by the Commissioner of Social Security.

In violation of 42 U.S.C. § 408(a)(7)(B).

### COUNT SIX
### (False Claim of United States Citizenship)

On or about February 1, 2023, in the Middle District of Florida, the defendant,

CRISTIAN DANIEL DIAZ-GARCIA,

did falsely and knowingly claim to be a citizen of the United States with the intent to engage unlawfully in employment in the United States.

In violation of 18 U.S.C. § 1015(e).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Joe Wheeler III
Special Assistant United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

By: _____
Karyna Valdes
Assistant United States Attorney

FORM OBD-34
July 24

No. _____

---

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

---

THE UNITED STATES OF AMERICA

vs.

CRISTIAN DANIEL DIAZ-GARCIA

---

INDICTMENT

Violations: 18 U.S.C. § 1028A(a)(1), 42 U.S.C. § 408(a)(7)(B) & 18 U.S.C. § 1015(e)

---

A true bill,

_____
Foreperson

---

Filed in open court this <u>30th</u> day

of July, 2024.

*C. Reaves*
_____
Clerk

---

Bail $ _____

GPO 863 525