UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:24-cr-355-SDM-AEP

CRISTIAN DANIEL DIAZ-GARCIA
 _____/

**ORDER**

Cristian Daniel Diaz-Garcia moves (Doc. 23) unopposed to continue the trial from the November 2024 trial calendar to the February 2025 trial calendar. Because defense counsel requires additional time to review discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 23) is **GRANTED**, and the trial is continued to the February 2025 trial calendar. The time from today through March 2, 2025 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on October 25, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE