UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO: 8:24-cr-355-SDM-CPT-1

CRISTIAN DANIEL DIAZ-GARCIA
_____/

### ORDER

Cristin Daniel Diaz-Garcia moves (Doc. 27) unopposed to continue the trial from the February 2025 trial calendar to the April 2025 trial calendar. Because defense counsel requires additional time to review discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 27) is **GRANTED**, and the trial is continued to the April 2025 trial calendar. The time from today through May 4, 2025 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on January 2, 2025

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE