UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:24-cr-00355-SDM-CPT-1

**CRISTIAN DANIEL DIAZ-GARCIA**
_____ /

**UNOPPOSED MOTION TO CONTINUE TRIAL TERM**

Cristian Daniel Diaz-Garcia, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's April 2025 trial term, to the May 2025 trial term. The government is not opposed to this request. As grounds in support thereof, Mr. Diaz-Garcia, states:

1. Mr. Diaz-Garcia made his initial appearance before Honorable Natalie Hirt Adams on September 16, 2024. He was charged via a six-count indictment, with two counts of aggravated identity theft, two counts of false representation of social security number and two counts of false claim of U.S citizenship, in violation of 42 U.S.C. § 4089(a)(7)(B), 18 U.S.C. §§1028A(a)(1) and 1015(e). Docs. 1 and 13.

2. A pretrial discovery notice set this matter for November 2024 trial term. Doc. 16.

3. Mr. Diaz-Garcia has since his initial appearance been on bond and

compliant with his conditions of release. Doc. 15.

4. This is the third continuance sought in this matter.

5. Government has submitted a third production of discovery on or about March 20, 2025, and Defense is expecting another production in the upcoming weeks, for which Defense will need time to review.

6. Defense is seeking an extension as undersigned needs additional time to engage in further discovery review and trial preparation. At the time of the status report, both parties believed to be ready for trial, but issues have arisen which parties are working together to resolve.

7. Undersigned has conferred with Assistant United States Attorney Joseph H. Wheeler, III., who has advised that the government does not oppose the relief sought in this motion.

8. Parties jointly and respectfully requests a date certain of May 27,2025, or in the alternative to be continued to the August Trial Term, as there are scheduling conflicts for both parties for the months of June and July.

9. Mr. Diaz-Garcia agrees with this motion and respectfully requests a continuance from April trial term to the May 2025 trial term.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Diaz-Garcia argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

**WHEREFORE**, Mr. Cristian Daniel Diaz-Garcia respectfully moves this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Diaz-Garcia in a speedy trial and enter an Order continuing the trial term to the May 2025 trial term.

DATED this 26th day of March 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Yamilette Alvarez*
Yamilette Alvarez, Esq.
Assistant Federal Defender
Florida Bar No. 1018448
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: yamilette_alvarez@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Joseph Wheeler, III., AUSA

*/s/ Yamilette Alvarez*
Yamilette Alvarez, Esq.
Assistant Federal Defender