UNITED STATES DISTRICT COURTs
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                     CASE NO. 8:24-cr-355-SDM-AEP

CRISTIAN DANIEL DIAZ-GARCIA

## STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of September 17, 2024, the United States herein states as follows:

1. **Brief summary of the case's status:**

On July 30, 2024, a grand jury returned an indictment charging Cristian Daniel Diaz-Garcia with two counts of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1); two counts of False Representation of a Social Security Number in violation of 42 U.S.C. § 408(a)(7)(B); and two counts of False Claim of United States Citizenship, in violation of 18 U.S.C. § 1015(e). The defendant was arrested on September 13, 2024, and arraigned on September 16, 2024. The matter is set for the Court's August 2025 trial calendar.

2. **Possibility of a plea agreement:**

The government expects this case to go to trial.

**3.  Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately two to three days.

**4.  Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of the date of this filing there are no pending motions.

**5.  Potential speedy trial and scheduling problems:**

The defendant made his initial appearance on September 16, 2024. On March 31, 2025, the Court granted an Unopposed Motion to continue and rescheduled the Jury Trial to the August 2025 trial calendar.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   */s/ Joseph H. Wheeler III*
    Joseph H. Wheeler III
    Special Assistant United States Attorney
    Florida Bar No. 87451
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail:  joseph.wheeler2@usdoj.gov